IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHAIRTY LANE FURR,

      Appellant,

v.                                CASE NO. 1D14-0308

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed March 20, 2017.

An appeal from the Circuit Court for Liberty County.
Jonathan E. Sjostrom, Judge.

Andy Thomas, Public Defender, and Mark V. Murray, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Giselle D. Lylen, Assistant Attorney
General, Tallahassee, for Appellee.

**ON REMAND FROM THE SUPREME COURT OF FLORIDA**

PER CURIAM.

      We originally reversed the appellant's conviction for manslaughter with a

firearm based on this Court's decision in <u>Floyd v. State</u>, 151 So. 3d 452 (Fla. 1st

DCA 2014) (<u>Floyd I</u>).  Thereafter, the Florida Supreme Court quashed our opinion

in <u>Floyd I</u> and remanded for reconsideration upon application of its decision in <u>State v. Floyd</u>, 186 So. 3d 1013 (Fla. 2016) (<u>Floyd II</u>).

Applying <u>Floyd II</u>, we find that the jury instructions given in the instant case did not amount to fundamental error. Although we did not previously address it, we also reject the appellant's claim of ineffective assistance of counsel. The appellant's judgment and sentence is AFFIRMED.

ROBERTS, C.J., WOLF and LEWIS, JJ., CONCUR.